22, 1915.) Action by Edward Nikola against Duncan I. Roberts, as president, etc. No opinion. Application denied, with $10 costs. Order signed.

NOAH, Appellant, v. BOWERY SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by Ernestine Noah against the Bowery Savings Bank. I. H. Lehman, for appellant. C. W. Wickersham, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NOLAN v. CRANFORD CO. et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Margaret Nolan for compensation for the death of William Nolan under the Workmen's Compensation Law (Consol. Laws, c. 67) against the Cranford Company, employer, and the Mutual Insurance Company of New York, insurer. No opinion. Award unanimously affirmed, upon the authority of Miller v. North Hudson Contracting Co., 166 App. Div. 343, 152 N. Y. Supp. 22.

NOLLER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action of Alice Noller, as administratrix, etc., against the Erie Railroad Company.

PER CURIAM. Motion for reargument, or for leave to appeal to the Court of Appeals, denied, without costs. See, also, 154 N. Y. Supp. 1135.

MILLS, J., took no part.

NORDEN et al. v. GUARANTY TRUST CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Adolph E. Norden and others against the Guaranty Trust Company of New York. No opinion. Order affirmed, with $10 costs and disbursements, the date of the examination to be fixed in the order. Settle order on notice. See, also, 155 N. Y. Supp. 1128.

NORDEN et al., Respondents, v. GUARANTY TRUST CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Adolph E. Norden and others against the Guaranty Trust Company of New York. F. M. Patterson, of New York City, for appellant. E. L. Mooney, of New York City, for respondents. No opinion. Order modified, by allowing the examination of Max May, vice president, and John Bolinger, assistant manager, etc., without prejudice to an application of other officers of the defendant, if necessary, and, as so modified, affirmed, without costs. Settle order on notice. See, also, 155 N. Y. Supp. 1128.

NORTHERN INS. CO. OF NEW YORK, Respondent, v. BARGER, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by the Northern Insurance Company of New York against Oscar V. Barger. L. F. Crumb, of Peekskill, for appellant. L. Levy, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re NOVELLA (two cases). (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) In the matter of the applications of Michelena Novella to revoke and cancel liquor tax certificates Nos. 15906 and 15990, issued to Patrick J. Uvanni. No opinions. Motion granted, and appeal in each proceeding dismissed, with costs.

In re OATES' WILL. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) In the matter of proving the last will and testament of Mary Oates, deceased. No opinion. Motion granted, on condition that appellant perfect the appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion denied, with $10 costs. See, also, 163 App. Div. 919, 148 N. Y. Supp. 1133.

O'BRIEN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by James F. O'Brien against the City of New York. No opinion. Motion granted; question certified. Order filed.

O'BRIEN, Appellant, v. KOWAL, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Matthew O'Brien against Samuel Kowal. No opinion. Order affirmed, with $10 costs and disbursements.

OCEANIC INVESTING CO. v. RODEL et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by the Oceanic Investing Company against Rudolph A. Rodel, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 150 N. Y. Supp. 1100; 155 N. Y. Supp. 1128.

OCEANIC INVESTING CO., Respondent, v. RODEL, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by the Oceanic Investing Company against Rudolph A. Rodel, impleaded with others. F. Bien, of New York City, for appellant. H. M. Bellinger, Jr., of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 155 N. Y. Supp. 1128.

O'CONNOR v. POST & McCORD. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Catherine O'Connor against Post & McCord. No opinion. Motion granted, with $10 costs. Order filed..

O'CONNOR v. POST & McCORD. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Edward E. O'Connor against Post & McCord. No opin-

ion. Motion granted, with $10 costs. Order filed.

OLINER et al. v. GOLDENBERG et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Saul Oliner and others against Benjamin Goldenberg and others. No opinion. Motion granted. Order filed. See, also, 152 N. Y. Supp. 235.

OLIN J. STEPHENS, Inc., Appellant, v. LAYKENACK REALTY, Inc., Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Appeal from Trial Term, New York County. Action by Olin J. Stephens, Incorporated, against the Laykenack Realty, Incorporated. From a judgment for defendant, and an order denying new trial, plaintiff appeals. Reversed and remanded. See, also, 168 App. Div. 845, 154 N. Y. Supp. 413. William C. Relyea, of New York City, for appellant. Abraham Felt, of New York City, for respondent.

PER CURIAM. In so far as this judgment rests upon a finding that plaintiff did not deliver the 18 tons of coal in dispute, the verdict is against the evidence. As to the other branch of the case, it is quite clear that the coal furnished by plaintiff was what was ordered by defendant. The judgment and order appealed from must be reversed, and a new trial granted, with costs to appellant to abide the result. Order filed.

OMMEN v. LITTLE et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Alfred E. Ommen against Arthur W. Little and others, as executors. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

In re O'NEILL. (Supreme Court, Appellate Division, First Department. October 29, 1915.) In the matter of Thomas J. O'Neill, an attorney. No opinion. Reference ordered, the referee to be designated on settlement of order. Settle order on notice.

1175 DE KALB AVE. CO., Inc., Appellant, v. CLARKE, Respondent. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by 1175 De Kalb Avenue Company, Incorporated, against Thomas A. Clarke. No opinion. Motion denied, on condition that appellant perfect the appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion granted, with costs. See, also, 167 App. Div. 932, 152 N. Y. Supp. 1106; 168 App. Div. 931, 152 N. Y. Supp. 1107.

ONETTO, Appellant, v. COMMERCIAL UNION ASSUR. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Ernest Onetto against the Commercial Union Assurance Company. No opinion. Motion granted, and appeal dismissed, without costs. See, also, 154 N. Y. Supp. 1136.

ONETTO, Appellant, v. TEUTONIA FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Ernest Onetto against the Teutonia Fire Insurance Company. No opinion. Appeal dismissed, unless appellant file' and serve printed papers on appeal and printed brief in time for argument of appeal at the opening of the November term. See, also, 162 App. Div. 929, 147 N. Y. Supp. 1130.

ORTELERO, Appellant, v. DOUGHERTY, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by James V. Ortelero against George S. Dougherty. I. Unger, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Orders affirmed, without costs. Order filed. See, also, 152 N. Y. Supp. 1131.

OST v. KOCH et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Mary Ost against Louis Koch and others. No opinion. Motion denied, without costs. Order filed.

OSTRANDER, Respondent, v. HOLBROOK, CABOT & ROLLINS CORPORATION, Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by John L. Ostrander, as administrator, against the Holbrook, Cabot & Rollins Corporation. B. Patterson, of New York City, for appellant. K. C. Bates, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PACHINAKIS, Appellant, v. UPPERCU, Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by Emmanuel M. Pachinakis against Jesse W. Uppercu. No opinion. Order affirmed, without costs.

PALMER et al. v. STATE. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Action by Lowell M. Palmer and others against the State of New York.

PER CURIAM. Motion for reargument denied, upon the ground that in the absence of the Attorney General from his office it was necessary, in order to limit the time to appeal, to serve upon a Deputy Attorney General, if present, and in case of the absence of both the Attorney General and deputies only is service authorized upon the clerk. Motion for leave to appeal to the Court of Appeals granted, and question certified: Was the service of the copy judgment of the Court of Claims herein, with notice of the clerk of the entry thereof on the 30th day of March, 1915, sufficient to set running the time within which the state was required to appeal, so as to render the service of a notice of appeal after the lapse of 30 days from the time of service of such judgment and notice of entry ineffectual? See, also, 154 N. Y. Supp. 1136.

HOWARD, J., dissents from denial of motion for reargument.